### Frances S. RYAN, Appellant, v. UNITED STATES of America.

#### No. 11214.

Circuit Court of Appeals, Eighth Circuit.

March 15, 1939.

Price W. Wickersham, of Kansas City, Mo., and Bruce Barnett, of Joplin, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., and Randall Wilson, Sam C. Blair, R. K. Phelps, and Thomas A. Costolow, Asst. U. S. Attys., all of Kansas City, Mo.

PER CURIAM.

Appeal dismissed on motion of appellant; defendant below ordered to surrender to custody, etc.

### Otto SAINSBURY v. BUSINESS MEN'S ASSURANCE COMPANY OF AMERICA.

#### No. 1987.

Circuit Court of Appeals, Tenth Circuit.

Oct. 24, 1939.

Badger, Rich & Rich, of Salt Lake City, Utah, for cross-appellant.

Bagley, Judd, Ray & Nebeker, of Salt Lake City, Utah, for cross-appellee.

Before LEWIS, PHILLIPS, and BRATTON, Circuit Judges.

PER CURIAM.

Cross-appeal dismissed on application of cross-appellant, pursuant to stipulation.

### Henry A. SCANDRETT et al. v. Arthur ELLS, etc.

#### No. 9132.

Circuit Court of Appeals, Ninth Circuit.

Sept. 18, 1939.

A. N. Whitlock, A. J. Laughon, and Thos. H. Maguire, all of Seattle, Wash., and Wm. D. Keeton, of St. Maries, Idaho, for appellants.

W. F. McNaughton, of Coeur d'Alene, Idaho, Therrett Towles, of Spokane, Wash., Carl M. Buell, of St. Maries, Idaho, and J. Ward Arney, of Coeur d'Alene, Idaho, for appellee.

Before GARRECHT, HANEY, and HEALY, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, and on motion of appellants, ordered appeal herein, 28 F.Supp. 16, dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.